IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

    Plaintiff,   No. CIV S-08-2312 DAD

    vs.

BUTTE COUNTY JAIL, et al.,   <u>ORDER AND</u>

    Defendants.   <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

    Plaintiff, a former inmate of the Butte County Jail, is proceeding pro se. Plaintiff filed several documents and form complaints in the United States District Court for the Northern District of California and separate cases were opened upon plaintiff's filing of each document. Those cases were subsequently transferred to this court. In this action, the initial document, filed on May 5, 2008, states in part:

> Edgar Lee Warren [sic] federal court to know when the time is right Warren is going to have his lawsuit put back in this federal court on issues that Warren got staff [sic] infection from Butte County Jail and Warren was denied neutrogeng [sic] soap for staff [sic] infection by medical . . . and on the issues . . . they stop . . . Warren legal mail . . . and Warren mail to his family . . . .

(Compl. at 1-2.)

    This court's own records reveal that on June 9, 2008, plaintiff filed a form complaint which was signed on May 19, 2008, containing virtually identical allegations against

1

defendant Butte County Jail. (No. Civ. S-08-1680 MCE JFM P).[1] Due to the duplicative nature of the present action, the court will recommend that this action be dismissed. Plaintiff should pursue his claims of inadequate medical care and interference with his mail in case file number CIV S-08-1680 MCE JFM P.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 5, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
warr2312.23

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

2